July 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SAMUEL JOSEPH JACKSON, Appellant

NO. 14-14-00993-CV                              V.

PAUL HOUSTON LAVALLE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Samuel Joseph Jackson.

We further order this decision certified below for observance.